USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

GRACIELA BRETSCHNEIDER DONCOUSE,

Plaintiff, : 15cv8223

-against- : **ORDER**

GEORGIO ARMANI CORPORATION, A DOMESTIC BUSINESS CORPORATION, AND 568 BROADWAY PROPERTY LLC, A FOREIGN LIMITED LIABILITY COMPANY

Defendants.

-------------------------------------X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, it is hereby ORDERED that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days of the date of this Order. The Clerk of Court is directed to terminate all motions pending and mark this case closed.

Dated: January 19, 2016
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*All counsel of record.*